UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **HOMER W. McCLARTY, et al.,** <br><br> Plaintiffs, <br><br> vs. <br><br> **C.R. BARD, INC., et al.,** <br><br> Defendants. | 4:14-CV-13627-TGB-RSW <br><br> HON. TERRENCE G. BERG <br><br> **ORDER ADMINISTRATIVELY CLOSING CASE** |

The Court having been advised that the parties have reached a settlement in principle in this and many other related cases throughout the country;

And the parties having therefore requested a stay of discovery, deadlines, hearings, and all other proceedings for a period of 90 days to finalize settlement details and complete operative documents in this and other cases;

And finding that the needs of judicial efficiency and effective case management would best be served by closing this case rather than having it remain dormant on the Court's docket for an additional 90 days;

It is hereby **ORDERED** that this case shall be **DISMISSED** and **ADMINISTRATIVELY CLOSED**.[1] The parties may submit a stipulated judgment to be entered within the next 90 days. It is **FURTHER ORDERED** that the Court shall retain jurisdiction to enforce the terms of the settlement and to consider any post-judgment requests for fees or costs, should they be necessary.

      **SO ORDERED** this 31st day of January, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

---

[1] The parties indicate that there is a "minimal" probability that this case may be subject to an opt-out of the final settlement. Notice of Settlement, ECF No. 38, PageID.3959. If this case does become subject to such an opt out, or if the settlement is otherwise not finalized, the parties may move the Court to reopen the case.